PROB 12C
(6/16)

Report Date: December 14, 2022

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 14, 2022

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kenneth H. Crause | Case Number: 0980 2:10CR00040-WFN-1 |
| Address of Offender: ▮▮▮▮▮▮▮▮ Newman Lake, Washington 99025 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2012

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924; Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 156 months<br>TSR - Life |
| | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | Russell E. Smoot |
| | Date Supervision Commenced: May 21, 2021 |
| Defense Attorney: | Federal Defender's Office |
| | Date Supervision Expires: Life |

## PETITIONING THE COURT

To issue a summons.

On May 28, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Crause as outlined in the judgment and sentence. Mr. Crause signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #3**: The defendant shall not unlawfully posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |
| | **Supporting Evidence**: Mr. Crause allegedly violated the above-stated condition of supervision by consuming methamphetamine, an illegal controlled substance, on or about November 21, 2022. |
| | On December 6, 2022, Mr. Crause verbally admitted consuming methamphetamine to the undersigned officer and signed a written admission form for using controlled substances on or about November 21, 2022. Additionally, Mr. Crause provided a urine sample that tested presumptive positive for methamphetamine. |

Prob12C
**Re: Crause, Kenneth H**
**December 14, 2022**
**Page 2**

| | | |
|---|---|---|
| 2 | | **Mandatory Condition #3**: The defendant shall not unlawfully posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court. |

**Supporting Evidence**: Mr. Crause allegedly violated the above-stated condition of supervision by consuming methamphetamine, cocaine, and Fentanyl, all of which are illegal controlled substances, on or about December 4, 2022.

On December 6, 2022, Mr. Crause verbally admitted to methamphetamine, cocaine and Fentanyl, consumption to the undersigned officer and signed a written admission form for using controlled substances on or about December 4, 2022. Additionally, Mr. Crause provided a urine sample that tested presumptive positive for methamphetamine, cocaine and Fentanyl.

3     **Special Condition #17**: You shall abstain from the use of illegal controlled substances, and shall submit to urinalysis testing, as directed by the supervising officer, but no more than six tests per month, in order to confirm continued abstinence from these substances.

**Supporting Evidence**: Mr. Crause is alleged to have violated the above-stated condition of supervision by failing to submit a urinalysis when initially requested by the undersigned officer on December 6, 2022.

Specifically, on December 6, 2022, Mr. Crause was asked to provide a random urine sample. The undersigned officer collecting the sample observed what appeared to be a deception device being used by Mr. Crause in an attempt to pass his urinalysis test. The undersigned officer directed Mr. Crause to remove the deception device and he eventually complied. Mr. Crause admitted using the deception device in an attempt to circumvent the detection of his recent use of controlled substances. He signed an admission of use form confirming his illegal drug use as well as his possession of a deceptive device.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    12/14/2022

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

Prob12C
Re: Crause, Kenneth H
December 14, 2022
Page 3

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

_____
Signature of Judicial Officer

_12/14/2022_____
Date