PROB 12C
(6/16)

Report Date: January 5, 2023

# United States District Court

**FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON**

for the

**Jan 05, 2023**

Eastern District of Washington

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth H. Crause           Case Number: 0980 2:10CR00040-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮▮ Newman Lake, Washington 99025

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2012

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924; Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); |
| Original Sentence: | Prison - 156 months    Type of Supervision: Supervised Release
TSR - Life |
| Asst. U.S. Attorney: | U.S. Attorney's Office    Date Supervision Commenced: May 21, 2021 |
| Defense Attorney: | Federal Defender's Office    Date Supervision Expires: Life |

## PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/14/2022.

On May 28, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Crause as outlined in the judgment and sentence. Mr. Crause signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 4 | **Mandatory Condition #3**: The defendant shall not unlawfully posses a controlled substance. The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug test thereafter, as determined by the court.
**Supporting Evidence**: Mr. Crause allegedly violated the above-stated condition of supervision by consuming methamphetamine, marijuana, cocaine, and fentanyl, all of which are illegal controlled substances, on or about December 27, 2022.
On January 4, 2023, Mr. Crause verbally admitted to consuming methamphetamine, marijuana, cocaine, and fentanyl to the undersigned officer and signed a written admission form for using controlled substances on or about December 27, 2022. Additionally, Mr. |

Prob12C
Re: Crause, Kenneth H
January 5, 2023
Page 2

Crause provided a urine sample that tested presumptive positive for methamphetamine, marijuana, cocaine, and fentanyl.

The U.S. Probation Office respectfully recommends the Court to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/05/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/5/2023
Date