PROB 12C
(6/16)

Report Date: January 27, 2023

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2023

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Kenneth H. Crause    Case Number: 0980 2:10CR00040-WFN-1

Address of Offender: ███████████████ Newman Lake, Washington 99025

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2012

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. §§ 922(j) and 924; Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii) |
| Original Sentence: | Prison - 156 months  TSR - Life |
| Asst. U.S. Attorney: | David Michael Herzog |
| Defense Attorney: | Justin Lonergan |

Type of Supervision: Supervised Release

Date Supervision Commenced: May 21, 2021

Date Supervision Expires: Life

### PETITIONING THE COURT

To issue a **warrant** and to incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 12/14/2022, and 1/5/2023.

On May 28, 2021, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Crause as outlined in the judgment and sentence. Mr. Crause signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Special Condition #16**: You shall undergo a substance abuse evaluation and, if indicated by a licensed/certified treatment provider, enter into and successfully complete an approved substance abuse treatment program, which could include inpatient treatment and aftercare. You shall contribute to the cost of treatment according to your ability to pay. You shall allow full reciprocal disclosure between the supervising officer and treatment provider. |

**Supporting Evidence**: Mr. Crause allegedly violated his conditions of supervised release by being unsuccessfully discharged from substance abuse treatment on January 26, 2023.

On January 26, 2023, the undersigned officer received a call from Mr. Crause's assigned treatment counselor with Spokane Regional Stabilization Center (SRSC) to discuss his noncompliant behaviors and lack of progress over the weeks. According to his counselor,

Prob12C
Re: Crause, Kenneth H.
**January 27, 2023**
Page 2

Mr. Crause violated his behavioral contract by making sexual advances toward other clients. Furthermore, staff was informed Mr. Crause was attempting to recruit others in drug dealing operations. Lastly, it was shared his criminal thinking and institutional mind set hindered his progress and affected others in rehabilitation. This resulted in Mr. Crause being unsuccessfully discharged on January 26, 2023.

The U.S. Probation Office respectfully recommends the Court issue a **warrant** and incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   01/27/2023

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

## THE COURT ORDERS

[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[X]   The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]   Defendant to appear before the Judge assigned to the case.
[X]   Defendant to appear before the Magistrate Judge.
[ ]   Other

Signature of Judicial Officer

1/27/2023
Date