PROB 12C
(6/16)

Report Date: October 10, 2024

# United States District Court

**for the**

## Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 10, 2024

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Kenneth H. Crause | Case Number: 0980 2:10CR00040-MKD-1 |
| Address of Offender: ▇▇▇▇▇▇▇▇▇▇ Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 21, 2012

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); |
| Original Sentence: | Prison - 156 months<br>TSR - Life | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(February 8, 2023) | Prison - 8 months<br>TSR - Life | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: October 4, 2023 |
| Defense Attorney: | Federal Defender's Office | Date Supervision Expires:  Life |

### PETITIONING THE COURT

To issue a **warrant**.

On October 4, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Crause as outlined in the judgment and sentence. Mr. Crause signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following conditions of supervision:

1    **Mandatory Condition #1**: You must not commit another federal, state or local crime.

**Supporting Evidence**: Mr. Crause allegedly violated the above-stated condition of supervision on October 8, 2024. On this date, Mr. Crause was arrested by officers with the Spokane Police Department (SPD) for: controlled substance delivery, manufacture, possession with intent to deliver, pursuant to SPD report 2024-20192240.

According to SPD report 2024-20192240, two controlled purchases were completed under the direction and control of the Spokane Police Department. Mr. Crause was transported to Spokane County Jail and booked under the aforementioned charges. At the time of this report, the charges against Mr. Crause remain pending.

Prob12C
**Re: Crause, Kenneth H**
**October 10, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court issue a warrant requiring the offender to appear to answer to the allegations contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  10/10/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[ ]  Other



Signature of Judicial Officer

10/10/2024

Date