PROB 12C
(6/16)

Report Date: December 19, 2024

# United States District Court

#### for the

#### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 02, 2025

SEAN F. McAVOY, CLERK

### Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Kenneth H Crause | Case Number: 0980 2:10CR00040-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane Valley, Washington 99206 | |

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 21, 2012

| | |
|---|---|
| Original Offense: | Possession of a Stolen Firearm, 18 U.S.C. § 922(j); Possession with Intent to Distribute 50 Grams or More of a Mixture or Substance Containing a Detectable Amount of Methamphetamine, 21 U.S.C. § 841(a)(1) and (b)(1)(B)(viii); |
| Original Sentence: | Prison - 156 months    Type of Supervision: Supervised Release |
| | TSR - Life |
| Revocation Sentence: (February 8, 2023) | Prison - 8 months |
| | TSR - Life |
| Asst. U.S. Attorney: | Earl Hicks    Date Supervision Commenced:  October 4, 2023 |
| Defense Attorney: | Joel Baumann    Date Supervision Expires: Life |

### PETITIONING THE COURT

To incorporate the violations contained in this petition in future proceedings with the violations previously reported to the Court on 10/10/2024.

On October 4, 2023, the undersigned officer reviewed a copy of the conditions of supervision with Mr. Crause as outlined in the judgment and sentence. Mr. Crause signed his judgment acknowledging an understanding of those conditions.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Kenneth Crause allegedly violated the above-stated condition. On December 18, 2024, Mr. Crause was indicted in the Eastern District of Washington under case number 2:24CR000181-MKD-1 for the following charges: distribution of Fentanyl, possession with intent to distribute 400 grams or more of Fentanyl, possession with intent to distribute 50 grams or more of methamphetamine and possession with intent to distribute methamphetamine on premises where an individual under the age of 18 resides. |

Prob12C

**Re: Crause, Kenneth H**
**December 19, 2024**
**Page 2**

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:  12/19/2024

s/Mark E. Hedge

Mark E. Hedge
U.S. Probation Officer

THE COURT ORDERS

[ ]  No Action
[ ]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[X]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

M. K. Dimke

Signature of Judicial Officer

1/2/2025

Date