FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jan 27, 2025

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                     Plaintiff,<br><br>        v.<br><br>KENNETH H. CRAUSE,<br><br>                     Defendant. | No. 2:10-CR-00040-MKD<br><br>ORDER GRANTING DEFENDANT'S MOTION TO DISMISS PETITION DATED OCTOBER 10, 2024 |

Before the Court is Defendant's Motion to Dismiss, Motion for Discovery and Abatement, and Miscellaneous Notices, ECF No. 161.  Defendant moves to dismiss the Petition dated October 10, 2024, alleging he violated his conditions of supervised release (Violation No. 1), ECF No. 152.  ECF No. 161 at 2-4.  Alternatively, Defendant moves for abatement of the proceedings on this Petition until the United States discloses discovery related to Violation No. 1.  *Id.* at 4-5.

In response, the United States indicates it does not object to dismissing the October 10, 2024, Petition, ECF No. 152, which is based on the same facts as the

ORDER – 1

1  Petition dated January 2, 2025, and containing Violation No. 2, ECF No. 167.

2  ECF No. 169 at 2.

3     Accordingly, **IT IS HEREBY ORDERED:**

4     **1.**    Defendant's Motion to Dismiss, Motion for Discovery and

5  Abatement, and Miscellaneous Notices, **ECF No. 161**, is **GRANTED in part** and

6  **DENIED as moot in part**.

7        **a.** The Supervised Release Petition dated October 10, 2024,

8           containing Violation No. 1, is **DISMISSED**.

9        **b.** Defendant's alternative request for abatement is **DENIED as**

10          **moot**.

11    **IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order

12  and provide copies to all counsel and the U.S. Probation Office.

13       **DATED** January 27, 2025.

14              *s/Mary K. Dimke*
                MARY K. DIMKE
15        UNITED STATES DISTRICT JUDGE

16

17

18

19

20

ORDER – 2